UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES EARL BERRY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:13-cv-0343-TWP-MJD |
| ) | |
| ROBERT RODDY, and ) | |
| MINNIE RODDY, ) | |
| ) | |
| Defendants. ) | |

**Entry and Order Dismissing Action**

**I.**

**A.**

The plaintiff's request for an extension of time in which to pay the initial partial filing fee [Dkt. 7] is **granted**. He shall have **through May 21, 2013,** in which to do so.

**B.**

Subject matter jurisdiction Adefines the court=s authority to hear a given type of case,@ *United States v. Morton,* 467 U.S. 822, 828 (1984), and is the first question in every case. *Sherman v. Community Consol. Sch. Dist. 21 of Wheeling Twp.*, 980 F.2d 437, 440 (7th Cir. 1992), *cert. denied,* 114 S. Ct. 2109 (1994).

The plaintiff has filed a complaint in which he claims that the defendants negligently permitted their dog to cause injury to the plaintiff. The plaintiff was informed of the types of claims over which this court has been given jurisdiction, was notified that his complaint did not appear to assert such a claim, and was given a period of time in which to either withdraw his complaint or show cause why the complaint should not be dismissed for lack of subject matter

jurisdiction.

The plaintiff has responded by renewing his description of the manner in which he was injured. His response does not withdraw his complaint on the one hand, but likewise does not show that a claim has been asserted over which this court could exercise jurisdiction on the other hand.

**II.**

For the reasons explained in Part I.B. of this Entry, the action must be dismissed for lack of jurisdiction. *Stone v. Stenz,* 2008 WL 2184900, *2 (S.D.Ind. 2008) ("When a court lacks jurisdiction over an action it has no choice but to announce that fact and dismiss the case.")(citing *Steel Co. v. Citizens for a Better Environment,* 523 U.S. 83, 94 (1998)). Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 05/01/2013

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

James Earl Berry
DOC #885109
Westville Correctional Facility
Inmate Mail/Parcels
5501 South 1100 West
Westville, IN 46391-0473